UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG YU,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); KRISTI NOEM, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF USCIS[1],<br><br>    Defendants. | No. 8:25-cv-01551-MRA-KES<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Mónica Ramírez Almadani<br>United States District Judge |

---

[1] The successors of public officers sued in their official capacities are automatically substituted for their predecessors. Fed. R. Civ. P. 25(d).

On December 6, 2025, the Parties filed a Stipulation for Dismissal with prejudice (the "Stipulation"). ECF No. 11. Upon consideration of the Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows,

1. Defendants the United States Citizenship & Immigration Services ("USCIS"), Kristi Noem, in her Official Capacity as Secretary of the Department of Homeland Security, and Joseph B. Edlow, in his Official Capacity as Director of the USCIS, are each DISMISSED as parties to this lawsuit *with* prejudice; and

2. The Parties shall each bear their own costs, fees, and expenses.

**IT IS SO ORDERED**.

Dated: December 8, 2025

Hon. Mónica Ramírez Almadani
United States District Judge

1